UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQMD, INC.,

    Plaintiff

v.

FARM BUREAU GENERAL
INSURANCE COMPANY OF
MICHIGAN, *et al.*,

    Defendants.
_____/

Case No. 19-13698

Stephanie Dawkins Davis
United States District Judge

## JUDGMENT

In accordance with the Court's Opinion and Order dated March 5, 2021, **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants against Plaintiff.  Counts I-IV are dismissed with prejudice and Counts V-VII are dismissed without prejudice.

Date: March 15, 2021

    s/Stephanie Dawkins Davis
    Stephanie Dawkins Davis
    United States District Judge